# EXHIBIT D



**Baker & McKenzie Barcelona, S.L.P.**

Av. Diagonal, 652
Edif. D, 8ª Planta
Barcelona 08034
España

Tel: +34 93 206 0820
Fax: +34 93 205 4959
www.bakermckenzie.com

**Asia Pacífico**
Bangkok
Pekín
Brisbane
Hanoi
Ciudad Ho Chi Minh
Hong Kong
Yakarta
Kuala Lumpur
Manila
Melbourne
Seúl
Shanghai
Singapur
Sídney
Taipei
Tokio
Yangón

**Europa, Oriente Medio y África**
Abu Dhabi
Almaty
Ámsterdam
Amberes
Bahréin
Barcelona
Berlín
Bruselas
Budapest
El Cairo
Casablanca
Doha
Dubai
Dusseldorf
Frankfurt/Main
Ginebra
Estambul
Jeddah
Johannesburgo
Kiev
Londres
Luxemburgo
Madrid
Milán
Múnich
París
Praga
Riad
Roma
Estocolmo
Viena
Varsovia
Zúrich

**Las Américas**
Bogotá
Brasilia**
Buenos Aires
Caracas
Chicago
Dallas
Guadalajara
Houston
Juárez
Lima
Los Angeles
Ciudad de México
Miami
Monterrey
Nueva York
Palo Alto
Porto Alegre**
Río de Janeiro**
San Francisco
Santiago
Sao Paulo**
Tijuana
Toronto
Washington

* Firma asociada
** En cooperación con
Trench, Rossi e Watanabe
Advogados

22 June 2026

For the attention of Ms. Andrea L. Martin

Via email: andrea.martin@troutman.com

Dear Ms. Martin,

We are writing to you on behalf and in representation of our client Paradigm Shift.

We acknowledge receipt of your letter dated June 19, 2026 addressed to Paradigm Shift Technology regarding the matters described therein.

The requested response deadline, effectively requiring a substantive reply within less than forty-eight hours, over a weekend, and following receipt late on a Friday evening (local Spanish time), is plainly not conducive to a cooperative and productive assessment of the issues raised.  Nevertheless, our client is currently undertaking a careful review of the allegations set out in your correspondence, together with the underlying facts and circumstances. This review necessarily includes coordination with U.S. counsel and a careful technical assessment of the issues raised. We reserve all rights and do not admit any of the claims asserted or underlying facts alleged.

In light of the above, and taking into account the need to coordinate across jurisdictions, including time zone constraints and upcoming public holidays in Spain, we expect to provide you with a detailed response within the next two weeks.

For the avoidance of doubt, nothing in this letter should be construed as an acceptance or admissions of your client's allegations or legal positions, all of which are expressly disputed and reserved.

Please address further correspondence to me and, in the interim, we look forward to your confirmation of receipt of our letter and the timeline set forth above. All rights and remedies are expressly reserved.

Yours sincerely,

Silvia Sáenz de Ormijana

Silvia.saenzdeormijana@bakermckenzie.com