# EXHIBIT E

| | |
|---|---|
| **From:** | Martin, Andrea |
| **Sent:** | Friday, June 26, 2026 1:47 PM |
| **To:** | Mario Del Gaudio |
| **Cc:** | Tincher, Moses M. |
| **Subject:** | RE: Acknowledgment of letter dated June 18, 2026 |

Dear Mr. Del Gaudio:

We are in receipt of your June 24, 2026 email acknowledging our cease-and-desist letter of June 18, 2026. While we note that you are in the process of securing counsel, the fact remains that as of today, you have not complied with any of the demands set forth in our letter, and the usbliter8 Exploit Blog Post remains publicly accessible and is being reshared by third parties. Every day of continued publication causes compounding and irreparable harm to Magnet Forensics.

Retaining counsel does not require or excuse the continued public dissemination of Magnet Forensics' trade secrets. You have the ability to take immediate steps to mitigate harm, including removing the Publication and returning Company property, regardless of whether you have retained counsel.

We reiterate our demands in full: immediately cease all further disclosure of Magnet Forensics' confidential information and trade secrets; take all steps to remove the Publication and all associated materials from all platforms; return the Company device in your possession and certify the destruction of all confidential information as required by Section 6 of the Agreement; preserve all evidence; and identify all persons or entities to whom you have disclosed Magnet Forensics' confidential information.

**If you do not comply within forty-eight (48) hours of receipt of this letter, Magnet Forensics will procced in federal court without further notice.** Magnet Forensics has the right to seek emergency injunctive relief, compensatory and exemplary damages under 18 U.S.C. § 1836(b)(3)(C), attorneys' fees under 18 U.S.C. § 1836(b)(3)(D), O.C.G.A. § 10-1-764, and Section 13 of the Agreement.

Once you have retained counsel, have your attorney contact me immediately. All rights and remedies are expressly reserved.

Sincerely,

1

Andrea

**Andrea Martin**
Partner
**troutman pepper locke**
Direct: 617.239.0113
andrea.martin@troutman.com

---

**From:** Mario Del Gaudio <mario@athdesk.me>
**Sent:** Wednesday, June 24, 2026 11:55 AM
**To:** Martin, Andrea <Andrea.Martin@troutman.com>
**Subject:** Acknowledgment of letter dated June 18, 2026

**CAUTION: The sender's email address is unknown (not previously received).**
DO NOT click links or open attachments unless you confirm that this sender is legitimate and the content is safe.

Ms. Martin,

I acknowledge receipt of your letter dated June 18, 2026. I'm currently in the process of securing legal counsel to properly review the matter. I request a short extension of time to respond.

Sincerely,
Mario Del Gaudio

2