# EXHIBIT F

| | |
|---|---|
| **From:** | Martin, Andrea |
| **Sent:** | Friday, June 26, 2026 1:49 PM |
| **To:** | Saenz de Ormijana, Silvia |
| **Cc:** | Alemany, Rut; Tincher, Moses M. |
| **Subject:** | RE: Confidential correspondence between lawyers - Paradigm Shift / Magnet Forensics – Preliminary response |

Dear Ms. Saenz de Ormijana:

We are in receipt of your letter of June 22, 2026, requesting two additional weeks to respond to our cease-and-desist letter of June 19, 2026. That timeline is not acceptable.

The usbliter8 Exploit Blog Post remains publicly accessible and is being reshared by third parties. Every day of continued publication compounds the irreparable harm to Magnet Forensics by further destroying the confidentiality upon which the A12/A13 SecureROM exploit's economic value depends.

We reiterate our demands in full, including immediate removal of the Publication and all associated proof-of-concept code and materials, cessation of all further disclosure, preservation of all evidence, written identification of all persons who contributed to or received the underlying technical information, and written confirmation of compliance.

**If you do not comply within forty-eight (48) hours of receipt of this letter, Magnet Forensics will procced in federal court without further notice.** Magnet Forensics has the right to seek emergency injunctive relief, compensatory and exemplary damages under 18 U.S.C. § 1836(b)(3)(C), attorneys' fees under 18 U.S.C. § 1836(b)(3)(D), O.C.G.A. § 10-1-764, and Section 13 of the Agreement.

Paradigm Shift's own coordination with Apple Product Security prior to publication confirms it understood the sensitivity of this information and chose to release it anyway. Magnet Forensics has the right to pursue the full range of enhanced remedies available for willful and malicious misappropriation.

All rights and remedies are expressly reserved.

Sincerely,

1

Andrea

**Andrea Martin**
**Partner**
**troutman pepper locke**
Direct: 617.239.0113
andrea.martin@troutman.com

---

**From:** Saenz de Ormijana, Silvia <Silvia.SaenzdeOrmijana@bakermckenzie.com>
**Sent:** Tuesday, June 23, 2026 5:37 AM
**To:** Martin, Andrea <Andrea.Martin@troutman.com>
**Cc:** Alemany, Rut <Rut.Alemany@bakermckenzie.com>
**Subject:** Confidential correspondence between lawyers - Paradigm Shift / Magnet Forensics – Preliminary response

CAUTION: This message came from outside the firm. DO NOT click links or open attachments unless you recognize this sender (look at the actual email address) and confirm the content is safe.

Dear Ms. Martin,

We refer to your letter dated 19 June 2026 addressed to our client, Paradigm Shift.

Please find attached our client's preliminary response.

We trust you will confirm receipt and remain at your disposal.

Kind regards,

**Silvia Saenz de Ormijana**
Team Leader - IPTech
Baker & McKenzie Barcelona, S.L.P.
Av. Diagonal, 652
Edif. D, 8th Floor
Barcelona 08034
Spain

2

Tel: +34 93 206 0820
Cell: +34 620312698
silvia.saenzdeormijana@bakermckenzie.com



bakermckenzie.com | Facebook | LinkedIn | Twitter

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message. Please visit www.bakermckenzie.com/disclaimers for other important information concerning this message.

3