# EXHIBIT G



**Baker & McKenzie Barcelona, S.L.P.**

Av. Diagonal, 652
Edif. D, 8ª Planta
Barcelona 08034
España

Tel: +34 93 206 0820
Fax: +34 93 205 4959
www.bakermckenzie.com

**Asia Pacífico**
Bangkok
Pekín
Brisbane
Hanoi
Ciudad Ho Chi Minh
Hong Kong
Yakarta
Kuala Lumpur
Manila
Melbourne
Seúl
Shanghai
Singapur
Sídney
Taipei
Tokio
Yangón

**Europa, Oriente Medio y África**
Abu Dhabi
Almaty
Ámsterdam
Amberes
Bahréin
Barcelona
Berlín
Bruselas
Budapest
El Cairo
Casablanca
Doha
Dubai
Dusseldorf
Frankfurt/Main
Ginebra
Estambul
Jeddah
Johannesburgo
Kiev
Londres
Luxemburgo
Madrid
Milán
Múnich
París
Praga
Riad
Roma
Estocolmo
Viena
Varsovia
Zúrich

**Las Américas**
Bogotá
Brasilia**
Buenos Aires
Caracas
Chicago
Dallas
Guadalajara
Houston
Juárez
Lima
Los Angeles
Ciudad de México
Miami
Monterrey
Nueva York
Palo Alto
Porto Alegre**
Río de Janeiro**
San Francisco
Santiago
Sao Paulo**
Tijuana
Toronto
Washington

\* Firma asociada
\*\* En cooperación con
Trench, Rossi e Watanabe
Advogados

28 June 2026

For the attention of Ms. Andrea L. Martin

Via email: andrea.martin@troutman.com

Dear Ms. Martin,

We refer to your letter dated June 19, 2026, and your subsequent correspondence.

Our client, Paradigm Shift Technology ("Paradigm Shift"), takes your client's allegations seriously and is willing to engage promptly and constructively to address this matter. That said, in order to do so in a meaningful manner, Paradigm Shift requires a clearer and more specific understanding of the factual and legal basis underpinning your client's claims.

In particular, your letter asserts that the publication titled "*Introducing usbliter8: An A12/A13 SecureROM Exploit*" (the "Publication") discloses Magnet Forensics' trade secrets, including proprietary exploit methodologies and technical details. You further suggest that *"[t]he correlation between the technical details in the Publication and Magnet Forensics' proprietary capability is not coincidental"* and indicate that your client's investigation remains ongoing.

After analysing the letter, the information identified to date remains at a high level of generality and does not enable our client to ascertain the specific elements of information that you claim to constitute trade secrets.

Additionally, your letter advances claims based, inter alia, on alleged contractual breaches by Mr. Mario Del Gaudio and related theories of liability. In this regard, and in light of your indication that your client's investigation is ongoing, your correspondence does not provide sufficient detail to substantiate the assertion that Mr. Del Gaudio had access to, or was involved in the development of, any specific information said to constitute Magnet Forensics' alleged trade secrets.

Against this background, we request clarification on the following:

- The precise identification of the information your client contends constitutes trade secrets;
- The factual basis on which your client claims that such information originates from Magnet Forensics; and in particular, Mr. Del Gaudio's role, responsibilities, and level of access during his engagement with Magnet Forensics, as well as the factual basis on which you assert any connection between such role and the information disclosed in the Publication.

We also request clarification on the exact scope of the relief sought. In particular, please confirm whether your client's position is limited to requesting the removal of the Publication as a full and final resolution of this matter, or whether additional measures are being pursued.



Paradigm Shift remains willing to assess this matter in good faith once this additional information is provided. In the meantime, and without prejudice to its rights and defenses, our client continues to review the matters raised in your correspondence.

Given the complexity of the issues involved, we suggest arranging a call early next week to discuss this matter further. Please let us know your availability.

All rights and remedies are expressly reserved.

Your sincerely

Silvia Sáenz de Ormijana

Silvia.saenzdeormijana@bakermckenzie.com