# EXHIBIT H

**From:** Christopher J. Maier <cjm@maierandmaier.com>
**Sent:** Wednesday, July 1, 2026 6:23 PM
**To:** Martin, Andrea <Andrea.Martin@troutman.com>
**Cc:** Sid V. Pandit <svp@maierandmaier.com>; MMpatlit <MMpatlit@maierandmaier.com>
**Subject:** RE: Magnet Forensics Inc. / Del Gaudio Matter

**CAUTION: The sender's email address is unknown (not previously received).**
DO NOT click links or open attachments unless you confirm that this sender is legitimate and the content is safe.

1

Counsel,

Our firm has been retained to represent Mr. Del Guadio regarding the Magnet Forensics Inc. matter. We are currently reviewing the matter and ask that all future communications be directed to our attention.

Best regards,
Chris

**Christopher J. Maier** *
*Partner*

_____

**Maier & Maier**
345 South Patrick Street
Alexandria, VA 22314
**P** (703) 740-8322
**F** (703) 991-7071
www.maierandmaier.com
**SKYPE ID:** MaierCJ
WeChat: christophermaier
*Registered Patent Attorney and member of the Virginia State Bar.
*This email may contain confidential material protected by the attorney client privilege.*
CONFIDENTIALITY NOTICE AND DISCLAIMER:
*This email message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please contact me by reply e-mail (cjm@maierandmaier.com) and destroy all copies of the original message and any attachments.*

2