**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

|  |  |
|---|---|
| MAGNET FORENSICS, LLC, <br><br> *Plaintiff,* <br><br> v. <br><br> MARIO DEL GAUDIO and PARADIGM SHIFT TECHNOLOGY, S.L., <br><br> *Defendants.* | Civil Action No. |

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS &
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.3, Plaintiff Magnet Forensics, LLC ("Magnet Forensics" or "Plaintiff"), by and through counsel, hereby submits the following Certificate of Interested Persons and Corporate Disclosure Statement:

**(1)   The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:**

> a.   **Magnet Forensics, LLC** (Plaintiff) – a Delaware limited liability company with its principal place of business at 931 Monroe Dr. NE, Suite A102-340, Atlanta, Georgia 30308.

Magnet Forensics, LLC is an affiliate of Magnet Forensics Inc. Both Magnet Forensics Inc. and Magnet Forensics, LLC are majority owned and controlled by Thoma Bravo, a U.S. private equity firm headquartered in Chicago, Illinois. To the extent Thoma Bravo holds its ownership interest through one or more intermediate entities, the specific identities of such entities will be supplemented as necessary.

b.  **Mario Del Gaudio** (Defendant) – an individual who, upon information and belief, resides in Turin, Italy.

c.  **Paradigm Shift Technology** (Defendant) – an entity based in Spain whose legal form of organization appears to be Sociedad Limitada (S.L.) after reasonable inquiry. No parent corporation or publicly held corporation owning 10% or more of the stock of Paradigm Shift Technology has been identified. This disclosure will be supplemented if additional information becomes available.

**(2)   The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:**

- **Magnet Forensics, Inc.** – affiliate of Plaintiff Magnet Forensics, LLC;

- **Graynet TopCo L.P.** – parent entity of Plaintiff Magnet Forensics, LLC and Magnet Forensics, Inc.

- **Thoma Bravo** (and its affiliated investment vehicles) – majority owner and controlling entity of both Magnet Forensics Inc. and Magnet Forensics, LLC;

2

(3)    The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

    a.    Counsel for Plaintiff:

        Andrea Martin
        (PHV Application Forthcoming)
        Moses M. Tincher
        Georgia Bar No. 578906
        TROUTMAN PEPPER LOCKE LLP
        600 Peachtree Street, Suite 3000
        Atlanta, GA 30308
        Telephone:  (404) 885-3000
        Facsimile:   (404) 885-3900
        andrea.martin@troutman.com
        moses.tincher@troutman.com

    b.    Counsel for Defendant Mario Del Gaudio:

        Christopher J. Maier
        Maier & Maier PLLC
        345 South Patrick Street
        Alexandria, VA 22314
        Telephone: (703) 740-8322
        Facsimile: (703) 991-7071
        cjm@maierandmaier.com

    c.    Counsel for Defendant Paradigm Shift Technology:

        Silvia Sáenz de Ormijana
        Baker & McKenzie Bacelona, S.L.P.
        Av. Diagnoal, 652
        Edif. D, 8ª Planta
        Barcelona, España 08034
        Telephone: (34) 93-206-0820

3

Facsimile: (34) 93-205-4959
Silvia.SaenzdeOrmijana@bakermckenzie.com

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 3.3(b), the undersigned acknowledges the continuing duty to notify the Court of any changes to the information reported on this certificate, including but not limited to any later event that could affect the Court's jurisdiction. Further, pursuant to Rule 7.1(D), the undersigned hereby certifies that the foregoing was prepared using Times New Roman 14-point type as provided in Local Rule 5.1(B).

*/s/ Moses M. Tincher*
Moses M. Tincher
Georgia Bar No. 578906

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all counsel of record.

*/s/ Moses M. Tincher*
Moses M. Tincher
Georgia Bar No. 578906

4