**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

MAGNET FORENSICS, LLC,

    *Plaintiff,*

    v.

MARIO DEL GAUDIO and PARADIGM
SHIFT TECHNOLOGY, S.L.,

    *Defendants.*

Case No.  1:26-cv-03781-VMC

**CERTIFICATE OF SERVICE**

I, Moses M. Tincher, counsel for Plaintiff Magnet Forensics, LLC, hereby certify that on July 7, 2026, pursuant to the Court's Order and Notice of Oral Argument (Dkt. 5) entered on July 7, 2026, I caused the following documents to be served by electronic mail on Defendants and their respective counsel:

1.  The Court's Order and Notice of Oral Argument (Dkt. 5);

2.  Plaintiff's Verified Complaint for Damages and Injunctive Relief, with all exhibits, civil cover sheet and issued summons;

3.  Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction;

4.  Plaintiff's Memorandum of Law in Support of Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction;

5. Plaintiff's Proposed Order Granting Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction; and

6. Plaintiff's Motion for Authorization to Serve Process on Defendants by Alternative Means Pursuant to Fed. R. Civ. P. 4(f)(3) and 4(h)(2).

Service was effected by transmitting the foregoing documents via electronic mail to each of the following:

**Defendant Mario Del Gaudio:**

mario@athdesk.me

**Counsel for Defendant Mario Del Gaudio:**

Christopher J. Maier
Sid V. Pandit
Maier & Maier PLLC
345 South Patrick Street
Alexandria, VA 22314
cjm@maierandmaier.com
svp@maierandmaier.com

**Defendant Paradigm Shift Technology, S.L.:**

info@ps.tc

**Counsel for Defendant Paradigm Shift Technology, S.L.:**

Silvia Saenz de Ormijana
Baker & McKenzie Barcelona, S.L.P.
Av. Diagonal, 652 Edif. D, 8th Floor
Barcelona, Spain 08034
silvia.saenzdeormijana@bakermckenzie.com

I further certify that the foregoing documents were transmitted to all recipients listed above on July 7, 2026, in compliance with the Court's Order requiring service by email as soon as possible but in any event no later than July 8, 2026.

This 7th day of July, 2026.

Respectfully Submitted,

TROUTMAN PEPPER LOCKE LLP

By: */s/Moses M. Tincher*
Moses M. Tincher
GA Bar No. 578906
600 Peachtree Street NE
Suite 3000
Atlanta, Georgia 30308
(404) 885-2593
moses.tincher@troutman.com

Counsel for Plaintiff
Magnet Forensics, LLC

(Application for admission *Pro Hac Vice* for Andrea Martin pending)