# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:26-cv-03781-VMC
### Magnet Forensics, LLC v. Del Gaudio et al
### Honorable Victoria M. Calvert

Minute Sheet for proceedings held In Open Court on 07/16/2026.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 10:55 A.M.
TIME IN COURT: 00:55
OFFICE LOCATION: Atlanta

COURT REPORTER: Wynette Blathers
CSO/DUSM: 1 CSO
DEPUTY CLERK: Velma Shanks

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Andrea Martin representing Magnet Forensics, LLC<br>Moses Tincher representing Magnet Forensics, LLC |
| PROCEEDING CATEGORY: | |
| MOTIONS RULED ON: | [2]Motion for TRO TAKEN UNDER ADVISEMENT<br>[2]Motion for Preliminary Injunction TAKEN UNDER ADVISEMENT |
| MINUTE TEXT: | Defendants did not appear. Court heard from Plaintiff on Motion for TRO. Written Order to follow. |