# EXHIBIT

# 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

MAGNET FORENSICS, LLC,

    *Plaintiff,*

    v.

MARIO DEL GAUDIO and PARADIGM
SHIFT TECHNOLOGY,

    *Defendants.*

Case No. 1:26-cv-03781-VMC

## DECLARATION OF ANKIT PATEL

Ankit Patel states as follows:

1.    I am an adult over the age of 18 years old and competent to testify.

2.    I am the Director of iOS Research at Magnet Forensics, LLC ("Magnet Forensics"). I have worked for Magnet Forensics since February 2021.

3.    Defendant Mario del Gaudio reported directly to me as an Exploit Engineer for Magnet Forensics.

4.    I was responsible for assigning Mr. Del Gaudio's work, overseeing his contributions, and evaluating his performance during his placement. I had regular, direct interaction with Del Gaudio throughout his tenure.

5.    During his placement, Del Gaudio participated in weekly team standups and technical meetings that I led or participated in. These meetings addressed,

among other topics, the technical details of the MSG capability, including the specific vulnerability it targets, the methodology used to exploit that vulnerability, the custom hardware required to trigger the vulnerability, and the access strategy used to gain control of affected devices.

6.    I attended the hearing on Plaintiff's Motion for Preliminary Injunction on July 16, 2026, in this Court.

7.    At the hearing, the Court asked (i) if Defendant Mario Del Gaudio performed work for Magnet Forensics while in the United States and (ii) whether Mr. Del Gaudio's misappropriation actions were directed at the United States. I address these two questions:

### Del Gaudio's Work While In the United States

8.    From March 11, 2024 through March 15, 2024, Mr. Del Gaudio traveled to the United States to attend a team-wide offsite meeting held in Denver, Colorado. The offsite was a joint meeting of the entire research team, comprising approximately 40 people. During this meeting, team members presented technical information about their ongoing projects and research efforts.

9.    In addition to the larger team-wide sessions, Magnet Forensics maintained a separate, dedicated space at the offsite for just the iOS team and its collaborators. Attendance in this dedicated space was restricted to fewer than 20 individuals at any given time. The purpose of this smaller, restricted setting was to

facilitate focused discussion of the iOS team's most sensitive ongoing research, including work related to access capabilities.

10. Del Gaudio attended the offsite in his capacity as an Exploit Engineer on the iOS team. He was present for both the larger team-wide sessions and the smaller, restricted iOS team sessions throughout the duration of the offsite.

11. The smaller team meetings discussed the technical details of the A12/A13 SecureROM vulnerability that MSG targets and the processes for building access capabilities to utilize the information for Magnet Forensics' proprietary business models.

12. In these meetings, Del Gaudio did not merely hear about the MSG development process in passing, rather he was on the team to work with the operation and develop the operation, technical architecture and capability.

13. During the Denver offsite, Mr. Del Gaudio maintained the same level of access to Magnet Forensics' proprietary information that he had at all other times during his placement, i.e. full access to Magnet Forensics' internal resources and network, including the password-protected and encrypted systems on which the MSG capability's technical details were maintained.

14. Del Gaudio's access to Magnet Forensics' proprietary systems and network during his time in Denver gave him access to review and interact with Magnet Forensics' confidential and trade secret information through both in-person

discussions with team members and remote access to Magnet Forensics' electronic systems.

### Del Gaudio's Further Misappropriation Acts in the United States

15.     The Paradigm Shift Publication, posted by Del Gaudio, is publicly accessible in the United States. It is hosted on a publicly accessible website (ps.tc) that is not geographically restricted. Anyone in the United States, including Magnet Forensics' U.S.-based competitors, U.S.-based security researchers, and Apple, Inc., a U.S. company headquartered in Cupertino, California, can access the full technical details of the misappropriated capability.

16.     The Publication has been reported on by multiple U.S.-based media outlets, including TechCrunch, Mashable, TechRadar, TechRepublic, and Cyber Insider, among others. These publications have brought the misappropriated trade secret to the attention of U.S. audiences, including Magnet Forensics' direct competitors and its current and prospective customers in the United States.

17.     The Publication specifically targets a vulnerability in Apple devices. Apple, Inc. is a U.S. company headquartered in Cupertino, California. The A12 and A13 chipsets affected by the disclosed vulnerability are incorporated in iPhones and iPads that are sold, used, and serviced throughout the United States. The disclosure of the access capability directly affects the security of millions of Apple devices in the United States and the ability of U.S. law enforcement agencies to use Magnet

Forensics' products to access those devices in the course of criminal investigations.

18.   Paradigm Shift acknowledged in the Publication that it coordinated disclosure with Apple Product Security prior to publication. Apple Product Security is operated by Apple, Inc., a U.S. company. This coordination involved direct communication between Paradigm Shift in Spain and a U.S. entity regarding the information at issue in this action.

19.   Based on my review of Paradigm Shift's website, Paradigm Shift describes itself as specializing in "uncovering and exploiting zero-day vulnerabilities across complex technologies" and "delivering cutting-edge research solutions." The Publication appears designed to demonstrate Paradigm Shift's technical capabilities to potential customers and to establish Paradigm Shift's credibility in the zero-day exploit market. In my professional judgment, the Publication functions as a marketing vehicle for Paradigm Shift's commercial services, presenting Magnet Forensics' proprietary research as Paradigm Shift's own achievement. The Publication is accessible to potential customers in the United States and worldwide, and it markets a capability derived from Magnet Forensics' misappropriated trade secrets.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date: July 17, 2026

Signed by:

Ankit Patel

6AD2AB0247194D8

Ankit Patel
Director of iOS Research
Magnet Forensics, LLC

-6-