**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

MAGNET FORENSICS, LLC,

    *Plaintiff,*

    v.

MARIO DEL GAUDIO and PARADIGM
SHIFT TECHNOLOGY, S.L.,

    *Defendants.*

Case No.  1:26-cv-03781-VMC

**CERTIFICATE OF SERVICE OF PROCESS ON DEFENDANTS**
**PURSUANT TO COURT ORDER GRANTING PLAINTIFF'S MOTION**
**FOR AUTHORIZATION TO SERVE PROCESS BY**
**ALTERNATIVE MEANS UNDER FED. R. CIV. P. 4(f)(3) AND 4(h)(2)**

Undersigned counsel for Plaintiff Magnet Forensics, LLC, hereby certifies

that, pursuant to the Court's Opinion, Order, and Preliminary Injunction entered on

July 21, 2026 (Dkt. 12), which granted Plaintiff's Motion for Authorization to Serve

Process on Defendants by Alternative Means Pursuant to Fed. R. Civ. P. 4(f)(3) and

4(h)(2) (Dkt. 3) and authorized Plaintiff to "serve process on Defendants by the

means specified in that motion," the following documents were served on

Defendants Mario Del Gaudio and Paradigm Shift Technology, S.L., and their

respective counsel:

    1. Plaintiff's Verified Complaint for Damages and Injunctive Relief, with

       all exhibits thereto;

2. Summons issued to Defendant Mario Del Gaudio; and

3. Summons Issued to Defendant Paradigm Shift Technology, S.L.

On July 22, 2026, the undersigned counsel caused the Complaint and summons issued to Del Gaudio on Del Gaudio by the following means, each of which was authorized by this Court's Order:

1. Email to Del Gaudio at mario@athdesk.me

2. International overnight courier at Del Gaudio's last known residential address:

   Mario Del Gaudio
   Via Osasco 75 Torino
   Piemonte 10141 Italy

On July 22, 2026, the undersigned counsel caused the Complaint and summons issued to Paradigm Shift to be served on Paradigm Shift by the following means, each of which was authorized by this Court's Order:

1. Email to Paradigm Shift's counsel, Silvia Saenz de Ormijana, Baker & McKenzie Barcelona, S.L.P., at the following email address: silvia.saenzdeormijana@bakermckenzie.com

2. International overnight courier to Paradigm Shift's counsel at:

   Silvia Saenz de Ormijana
   Baker & McKenzie Barcelona, S.L.P.
   Av. Diagonal, 652 Edif. D, 8th Floor
   Barcelona 08034 Spain

3. Email to Paradigm Shift at info@ps.tc

4. International overnight courier at Paradigm Shift's office address:

Calle Tanger, 73, Planta 6
Barcelona 08018 Spain

## CERTIFICATION OF COMPLIANCE

The undersigned further certifies that on July 21, 2026, the Court's July 21, 2026 Order, Opinion, and Preliminary Injunction was served on Defendants and their respective counsel by email and international overnight courier.  Service was completed promptly following entry of the Court's Order to ensure that Defendants and their respective counsel received actual notice of the Preliminary Injunction and its terms, including the July 23, 2026 compliance deadline, with sufficient time to comply.

This 22nd day of July, 2026.

Respectfully Submitted,

TROUTMAN PEPPER LOCKE LLP

By: */s/Moses M. Tincher*
Andrea Martin (PHV Admitted)
Moses M. Tincher
GA Bar No. 578906
600 Peachtree Street NE
Suite 3000
Atlanta, Georgia 30308
(404) 885-2593
andrea.martin@troutman.com
moses.tincher@troutman.com

Counsel for Plaintiff
Magnet Forensics, LLC

## **LOCAL RULE 5.1 CERTIFICATION**

I hereby certify that the foregoing has been prepared in Times New Roman 14-point font in accordance with Local Rule 5.1.

This 22nd day of July, 2026.

*/s/ Moses M. Tincher*
Moses M. Tincher
Georgia Bar No. 578906

## **CERTIFICATE OF SERVICE**

I, Moses M. Tincher, counsel for Plaintiff Magnet Forensics, LLC, hereby certify that on July 22, 2026, I caused the foregoing to be served by electronic mail and international courier on Defendants and their respective counsel as follows:

**Defendant Mario Del Gaudio:**

Via Osasco 75 Torino
Piemonte 10141 Italy
mario@athdesk.me

**Defendant Paradigm Shift Technology, S.L.:**

Calle Tanger, 73, Planta 6
Barcelona 08018 Spain
info@ps.tc

**Counsel for Defendant Paradigm Shift Technology, S.L.:**

Silvia Saenz de Ormijana
Baker & McKenzie Barcelona, S.L.P.
Av. Diagonal, 652 Edif. D, 8th Floor

-5-

Barcelona 08034 Spain
silvia.saenzdeormijana@bakermckenzie.com

This 22nd day of July, 2026.

/s/ Moses M. Tincher
Moses M. Tincher
Georgia Bar No. 578906