**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**

**ATLANTA DIVISION**

| | |
|---|---|
| **Magnet Forensics, LLC,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**Mario Del Gaudio and Paradigm Shift Technology, S.L.,**<br><br>**Defendants.** | **Case No. 1:26-cv-03781-VMC** |

**DECLARATION OF MARIO DEL GAUDIO IN SUPPORT OF MOTION TO DISMISS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(B)(2) AND 12(B)(6)**

I, Mario Del Gaudio, hereby declare:

1. I am over 18 years of age and competent to make this declaration.

2. I provide this declaration in support of the Motion to Dismiss filed in the above captioned case. Unless otherwise indicated below, the statements in this declaration are based upon my personal knowledge. If called to testify as a witness in this matter, I could and would testify competently and truthfully to each statement in this declaration under oath.

3. I currently reside in Spain. I do not reside in the state of Georgia, and I have never resided in the state of Georgia.

4. I do not work in the state of Georgia, and I have never worked in the state of Georgia.

5. During the time I was engaged in work under the Agreement, I lived and worked in Turin, Italy. I did not work from, nor visit, the state of Georgia.

6. I do not own property in the state of Georgia, and I have never owned property in the state of Georgia.

7. I do not transact business in the state of Georgia, and I have never transacted business in the state of Georgia.

8. I was provided the Agreement by Magnet Forensics Inc. and did not edit it or negotiate any terms before signing. I was hired through a company named GoGlobal. My employment contract was received on September 29, 2023 and listed the position of exploit engineer, a November 13, 2023 start, and home office as the work location. The Agreement was first mentioned on October 5, 2023 and sent to me via DocuSign by Rachel Ko on October 6, 2023. Rachel's message asked me to read and sign when comfortable. I perceived the Agreement as a standard form for employees using an Employer of Record and not tailored to me. I was not told whether the terms were negotiable, and no one walked me through the Agreement.

9. When I entered into the Agreement, I did not believe I was waiving my jurisdictional rights as to affiliates of Magnet Forensics Inc.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 12, 2026, in Barcelona, Spain.

Mario Del Gaudio