**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**

| | |
|---|---|
| MAGNET FORENSICS, LLC,<br><br>Plaintiff,<br><br>*v.*<br><br>MARIO DEL GAUDIO and PARADIGM SHIFT TECHNOLOGY, S.L.,<br><br>Defendants. | Case No.: 1:26-cv-03781-VMC |

**DECLARATION OF LEONE PONTORIERI**

I, Leone Pontorieri, declare as follows:

1. I am over the age of 18 and reside in Barcelona, Spain. I am knowledgeable about the facts set forth in this Declaration. If called as a witness, I could and would testify competently to the matters set forth herein.

2. I am the CEO of Defendant Paradigm Shift S.L. ("Paradigm") and have been in that role since January 2024. As CEO, I am responsible for overseeing the day-to-day operations of Paradigm.

3. Paradigm is a *Sociedad Limitada* organized under the laws of Spain. Its principal place of business is located at Calle Tánger 73, P. 6, 08018, Barcelona, Spain. It has no other offices.

4. Paradigm is not registered or licensed to do business in any U.S. state including Georgia.

5. Paradigm has no agents, employees, representatives, officers, or members of management who reside in the United States, including in Georgia.

6. Paradigm does not target or direct any business activities to persons or businesses in Georgia and has never consummated a transaction or conducted business in the State of Georgia.

7. Paradigm has never had any customers that are located in Georgia.

8. Paradigm does not purchase, sell, promote, or provide any goods or services to or from customers or other persons in Georgia. Paradigm has never purchased, sold, promoted, or provided any goods or services to or from customers or other persons in Georgia.

9. Paradigm does not have any customers in the U.S. or provide services to any persons in the U.S.

10. Paradigm has never entered into an agreement that subjects it to the jurisdiction of any State or Federal Court in the United States.

11. Paradigm has never leased or owned any real or personal property in the United States, including in Georgia.

12. Paradigm does not have and has never had a U.S. bank account, including any bank accounts in Georgia.

13. Paradigm does not pay U.S. federal or state taxes.

14. Paradigm does not, and has never, advertised in any U.S. state, including in Georgia.

15. Paradigm does not derive and has never derived any revenue from goods used or consumed, or services rendered, in Georgia.

16. Paradigm has never solicited business in the United States, including Georgia, and does not engage in any persistent course of conduct, including transactions with any persons, in any U.S. state, including Georgia.

17. Paradigm does not offer products or services for purchase online in any manner.

18. The "usbliter8" publication was authored and posted from Spain, existed on servers that are located in Spain, and was not directed at Georgia or the United States generally.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 12, 2026 in Barcelona, Spain.

Digitally signed by: Y7021728A LEONE PONTORIERI (R: B56892797)
Role: Administrador único
Description: Reg. Barcelona; Hoja B-607460 Tomo 49094 Folio 164
Organization: PARADIGM SHIFT TECHNOLOGY, SOCIEDAD LIMITADA
Usage limitations: Explicit Text: Certificado cualificado de persona física
Representante [illegible] jurídica ante [illegible]
software
Date: 12/08/2026 12:22:21

Leone Pontorieri
Paradigm Shift S.L.