**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| MAGNET FORENSICS, LLC<br><br>Plaintiff,<br><br>v.<br><br>MARIO DEL GAUDIO et al.,<br><br>Defendants. | Civil Action No.<br><br>1:26-cv-03781-VMC |

**SCHEDULING ORDER**

Upon review of the information contained in the Joint Preliminary Report and Discovery Plan ("JPRDP") form completed and filed by the Parties, the Court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as set out in the Federal Rules of Civil Procedure and the Local Rules of this Court, except as herein modified:

**The Parties' request for an extended discovery period is GRANTED. This case is assigned an eight-month discovery track. After the close of fact discovery, a ninety-day expert discovery period will commence which will include production of expert reports or opinions (including rebuttal reports or opinions), expert depositions, and written discovery directly related to expert information. The Parties are DIRECTED to meet and confer to determine a detailed schedule for expert discovery and file a proposed Amended Scheduling**

**Order within 60 days after the commencement of fact discovery. For the avoidance of doubt, under the Court's Local Rules, discovery will not commence until after the Court rules on the pending motions to dismiss and one or more Defendants files an Answer. LR 26.2(A) NDGa.**

**SO ORDERED** September 14, 2026.

VICTORIA MARIE CALVERT,
UNITED STATES DISTRICT JUDGE